NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID S. HASTINGS, DOC #Y55957,      )
                                     )
            Appellant,               )
                                     )
v.                                   )      Case No. 2D18-2391
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County, Bruce E. Kyle, Judge.

David S. Hastings, pro se.


PER CURIAM.


            Affirmed.


SILBERMAN, SLEET, and LUCAS, JJ., Concur.